UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEBRA BOWERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CAUSE NO.: 1:11-cv-579-JMS-DKL |
| GENTIVA HEALTH SERVICE, INC. and ODYSSEY HEALTHCARE, INC., *d/b/a* VISTACARE U.S.A., INC., | ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having so stipulated and being duly advised in the premises, the Court dismisses this action with prejudice, pursuant to Federal Rule Civil Procedure 41(a), each party to bear her or its own costs, including attorneys' fees.

Dated: 04/04/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies to:

Todd J. Kaiser, Esq.
David S. Wagner, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
todd.kaiser@ogletreedeakins.com
david.wagner@ogletreedeakins.com

Andrew Dutkanych, III
BIESECKER DUTKANYCH & MACER, LLP
ad@bdlegal.com

12108243.1 (OGLETREE)